# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BERTHA YOUNGLOOD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. CIV-05-437-SPS** |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of the Social Security** ) | |
| **Administration,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered herein on May 9, 2006, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this 9th day of May, 2006.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**